UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20288-CIV-LENARD/O'SULLIVAN

DEJA VU ENTERTAINMENT, LLC and
MIAMI MUSIC AND ARTS PRODUCTION,
INC.,

        Plaintiffs,

v.

ALLGOOD ENTERTAINMENT, INC., ALLGOOD
CONCERTS, LLC, PATRICK ALLOCO and
CAROLINA SANTACRUZ,

        Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiffs' Verified Motion in Support of Expense Award (DE # 23, 3/21/13). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendants and a response having been due, in an Order dated April 30, 2013, (DE # 26) the undersigned Ordered the defendants to file a response to the Plaintiffs' Verified Motion in Support of Expense Award (DE # 23, 3/21/13) on or before **May 14, 2013**.

The Order required the plaintiffs to promptly serve a copy of the April 30, 2013, Order on the defendants by e-mail or any other appropriate means **and to file a notice of compliance with the Court once the plaintiffs had served the April 30, 2013,**

**Order.** The plaintiffs having failed to file a notice with the Court that they plaintiffs complied with the April 30, 2013, Order, it is

ORDERED AND ADJUDGED that the Plaintiffs' Verified Motion in Support of Expense Award (DE # 23, 3/21/13) is DENIED for the failure to comply with the undersigned's April 30, 2013, Order found at DE # 26.

**DONE and ORDERED** in Chambers at Miami, Florida this 17th day of May, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record