UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20288-CIV-LENARD/O'SULLIVAN

DEJA VU ENTERTAINMENT, LLC and
MIAMI MUSIC AND ARTS PRODUCTION,
INC.,

       Plaintiffs,

v.

ALLGOOD ENTERTAINMENT, INC., ALLGOOD
CONCERTS, LLC, PATRICK ALLOCO and
CAROLINA SANTACRUZ,

       Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiffs' Motion for Relief from Order (DE 27) Denying Plaintiffs' Verified Motion in Support of Expense Award (DE # 28, 5/20/13). Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that the Plaintiffs' Motion for Relief from Order (DE 27) Denying Plaintiffs' Verified Motion in Support of Expense Award (DE # 28, 5/20/13) is GRANTED. Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendants to the Plaintiffs' Verified Motion in Support of Expense Award (DE # 23, 3/21/13) and a response having been due, it is

ORDERED AND ADJUDGED that the defendants shall file a response to the

Plaintiffs' Verified Motion in Support of Expense Award (DE # 23, 3/21/13) on or before **June 11, 2013**. The failure to file a response may result in a recommendation that the Plaintiffs' Verified Motion in Support of Expense Award (DE # 23, 3/21/13) be granted in its entirety.

The plaintiffs shall promptly serve a copy of this Order on the defendants by e-mail or any other appropriate means and file a notice of compliance with the Court once the plaintiffs have done so.

**DONE and ORDERED** in Chambers at Miami, Florida this 21st day of May, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record